# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 21-0956V

| | |
|---|---|
| DEBRA LAW,<br><br>                 Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                 Respondent. | Chief Special Master Corcoran<br><br>Filed: December 26, 2023 |

## ORDER CONCLUDING PROCEEDINGS[1]

On February 19, 2021, Debra Law filed a petition for compensation the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[2] Petitioner alleged that she suffered a shoulder injury related to vaccine administration ("SIRVA") due to receipt of an influenza ("flu") vaccine on October 10, 2019. Petition at 1; Ex. 13 at 9.

On October 19, 2023, I issued an Order to Show Cause stating that the record as it now stands would not permit a favorable Table SIRVA on the majority of the claim's elements. ECF No. 25. On December 22, 2023, Petitioner timely filed a Stipulation of Dismissal pursuant to 42 U.S.C. § 300aa—21(a), requesting that the action be dismissed. ECF No. 28.

In light of Petitioner's "stipulation of dismissal signed by all parties who have appeared in the action" pursuant to Vaccine Rule 21(a)(1)(B), **this case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

                                                **s/Brian H. Corcoran**
                                                Brian H. Corcoran
                                                Chief Special Master

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).